# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DALLAS BUYERS CLUB, LLC,**

    **Plaintiff,**

CASE NO.: 6:15-cv-255-CEM-TBS

v.

**JONATHAN S. KOPSELL, a/k/a JOHN DOE**
**subscriber assigned IP Address 50.89.132.220,**

    **Defendant.**

_____/

## PLAINTIFF DALLAS BUYERS CLUB, LLC'S
## MOTION FOR EXTENSION OF TIME TO SERVE
## DEFENDANT AND INCORPORATED MEMORANDUM OF LAW

Pursuant to Rule 4(m) and Rule 6(b)(1)(A), Federal Rules of Civil Procedure, Plaintiff, Dallas Buyers Club, LLC, moves this Court on the following grounds for an enlargement of time through July 27, 2015, within which to serve process upon Defendant.

1. The Complaint in this matter was filed on February 13, 2015. (Doc. No. 1)

2. Plaintiff's deadline to serve Defendant is June 15, 2015.

3. When the Complaint was filed, Defendant was known to Plaintiff only by Defendant's Internet Protocol address, requiring Plaintiff to subpoena Defendant's Internet Service Provider ("ISP"), to obtain Defendant's true identity. Accordingly, Plaintiff filed its Motion for Leave to Serve Non-Party Subpoena Prior to Rule 26(f) Conference (Doc. No. 8).

4. On March 23, 2015, this Court entered its Order allowing Plaintiff to serve a non-party subpoena to Defendant's ISP. (Doc. No. 9)

5. On March 24, 2015, a subpoena requesting Defendant's identifying information was sent to Bright House Networks ("Bright House").

6. On or around April 27, 2015, Plaintiff's counsel received Defendant's identifying information from Bright House.

7. Plaintiff's counsel notified Defendant of the lawsuit and attempted to resolve this matter amicably. To date, the parties have been unable to reach an amicable resolution to this matter.

8. On June 15, 2015, Plaintiff's counsel sent the Summons to the Clerk to be issued and filed the Amended Complaint. (Doc. No. 11)

9. Plaintiff requests an extension of time, through July 27, 2015, to serve Defendant. This extension of time will provide time for Plaintiff to have service effected on Defendant.

WHEREFORE, Plaintiff, Dallas Buyers Club, LLC, respectfully requests this Court grant its Motion for Extension of Time to Serve Defendant and Incorporated Memorandum of Law, and grant Plaintiff up and until July 27, 2015, to serve Defendant, and grant such other relief as this Court deems just and necessary.

## **MEMORANDUM OF LAW**

Under Rule 4(m) and Rule 6(b)(1)(A), Federal Rules of Civil Procedure, this Court must extend the time for service for an appropriate period if good cause has been shown for failure to serve Defendant. The Court also has the inherent discretion to

control its docket to allow for the orderly processing of matters before it. *Chrysler Int'l Corp. v. Chemaly,* 280 F.3d 1358, 1360 (11th Cir. 2002). Defendant's true identity was unknown to Plaintiff until April 27, 2015. Plaintiff attempted to resolve this matter amicably with Defendant, but was unable to do so. Plaintiff filed its Amended Complaint and is awaiting the issued Summons to be served on Defendant. Thus, good cause exists to grant an extension of time through July 27, 2015, in order to serve Defendant.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 15, 2015, a true and accurate copy of the foregoing was electronically filed with the Court. A copy of the foregoing will be provided to Defendant after Defendant is served with process.

s/ Catherine F. Yant
Richard E. Fee
Florida Bar No. 813680
Catherine F. Yant
Florida Bar No. 104852
IP ENFORCEMENT LAW GROUP P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 490-6050
(813) 490-6051 (Facsimile)
rfee@IPEnforcementLaw.com
cyant@IPEnforcementLaw.com

Counsel for Plaintiff,
Dallas Buyers Club, LLC